IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02618-RPM

DAVID A. WILSON,

    Plaintiff,

v.

THE CONTINENTAL CASUALTY COMPANY,

    Defendant.

## ORDER

Upon consideration of Plaintiff's Motion Clarifying Due Date for Extension [30], filed on October 25, 2008, it is

ORDERED that this Court's order entered on October 21, 2008, is amended to correct the deadline to and including October 27, 2008, for the parties to simultaneously file motions for summary judgment, briefs and supporting materials on the issue of the amount of coverage available under the Continental policy.

Dated: October 27, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge