**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              October 23, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No.  07-cv-02618-RPM

DAVID A. WILSON,                                           Jere K. Bachus

     Plaintiff,

v.

THE CONTINENTAL CASUALTY COMPANY,                          Leslie A. Eaton

     Defendant.
_____

### COURTROOM MINUTES
_____

**Hearing on Motions for Partial Summary Judgment**

**9:58 a.m.**       **Court in session.**

Court's preliminary remarks and states its view of the case.

10:04 p.m.     Argument by Mr. Bachus.

10:13 a.m.     Argument by Ms. Eaton.

**ORDERED:**     Motion of Defendant, Continental Casualty Company, for Entry of Partial Summary Judgment Under Rule 56, Fed.R.Civ.P., filed October 20, 2008 [25], is denied.

**ORDERED:**     Plaintiff's Motion for Partial Summary Judgment, Pursuant to Fed.R.Civ.P.56, filed October 28, 2008 [33], is denied.

**ORDERED:**     Counsel shall confer, prepare and submit a revised scheduling order by November 12, 2009.

**10:16 a.m.**      **Court in recess.**

Hearing concluded.  Total time: 18 min.