IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02618-RPM

DAVID A. WILSON,

    Plaintiff,

v.

THE CONTINENTAL CASUALTY COMPANY,

    Defendant.

---

## ORDER

---

Upon consideration of Plaintiff's Unopposed Motion to Amend the Complaint [45], filed on December 28, 2009, it is

ORDERED that the motion is granted and the Amended Complaint tendered as Document No. 46 is accepted for filing.

Dated:  December 29, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge