IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: April 2, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-02618-RPM

DAVID A. WILSON,                                                                                         Jere K. Bachus

     Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,                            Leslie A. Eaton

     Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Compel and Motion for Sanctions**

**9:56 a.m.**       **Court in session.**

Court's preliminary remarks.

9:58 a.m.       Argument by Mr. Bachus.

10:00 a.m.     Argument by Ms. Eaton.

**ORDERED:**    **Plaintiff's Motion to Compel and Motion for Sanctions Related to the 30(b)(6) Deposition of Defendant, filed February 19, 2010 [49], is granted with respect to sanctions in the amount of $250.00 payable to plaintiff's counsel and the motion to compel is moot as resolved.**

**ORDERED:**    **Joint Motion to Modify Second Amended Scheduling Order to Extend Discovery Cut-Off and Dispositive Motions Deadline, filed March 30, 2010 [53], is granted with respect to the discovery deadline which is extended to June 30, 2010 and denied in all other respects.**

**ORDERED:**    **Pretrial conference scheduled July 9, 2010 at 3:00 p.m.**

**10:06 a.m.**     **Court in recess.**

Hearing concluded. Total time: 10 min.