IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02618-RPM

DAVID A. WILSON,

    Plaintiff,

v.

THE CONTINENTAL CASUALTY COMPANY,

    Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the hearing today, it is

ORDERED that a pretrial conference is scheduled for **July 9, 2010, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **July 1, 2010.** The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

    DATED: April 2nd , 2010

                                            BY THE COURT:

                                            _____

                                            Richard P. Matsch, Senior District Judge