IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02618-RPM

DAVID A. WILSON,

    Plaintiff,

v.

THE CONTINENTAL CASUALTY COMPANY,

    Defendant.

___

ORDER GRANTING JOINT MOTION TO MODIFY SECOND AMENDED SCHEDULING ORDER
___

After review of the Joint Motion to Modify Second Amended Scheduling Order to Extend Discovery Cut-Off and Dispositive Motions Deadline, filed March 30, 2010 [53], it is

ORDERED that the deadline is extended to June 30, 2010, for Discovery Cut-Off.

DATED: April 2nd, 2010

                                                  BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge