IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02618-RPM

DAVID A. WILSON,

    Plaintiff,

v.

THE CONTINENTAL CASUALTY COMPANY,

    Defendant.

---

ORDER FOR DISMISSAL WITH PREJUDICE

---

Pursuant to the Stipulation for Dismissal with Prejudice, filed July 7, 2010 [61], it is

ORDERED that this action is dismissed with prejudice in its entirety, each party to bear its own costs.

DATED: July 8th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge